RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2021 IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk _____ DIVISION

_Carolyn Wright_
(Print your full name)

Plaintiff *pro se*,

v.

_Macy's Retail Holding, Inc_

_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:21-CV-3339**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

√

Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____

Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

√  Other (describe) _Fair Wages - the Respondent only paid me for 2 days vac pay while others that was also laid off recv. 2 weeks pay, also lost money from retirement._

2.  This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## **Parties**

3.   Plaintiff.   Print your full name and mailing address below:

Name   *Carolyn Wright*

Address   *P. O. Box 1941*

*Lithonia, GA 30058*

4.   Defendant(s).   Print below the name and address of each defendant listed
on page 1 of this form:

Name   *Macy's Retail Holding, INC*

Address   *4030 Mall Parkway*

*Lithonia, GA 30058*

Name   _____

Address   _____

_____

Name   _____

Address   _____

_____

## **Location and Time**

5.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the
address provided for defendant(s), state where that discrimination occurred:

_____

_____

6.    When did the alleged discrimination occur? (State date or time period)

*From 2/2016 - 4/2020*

_____

_____

_____

## **Administrative Procedures**

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    _✓_ Yes         _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

_✓_ Yes         _____ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9.    If you are suing for **age discrimination**, check one of the following:

_✓_        60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____        Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

Page 4 of 9

10.  If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        _____ No        ✓ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11.  If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _____ No        ✓ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## **Nature of the Case**

12. The conduct complained about in this lawsuit involves (check only those that apply):

| | |
|---|---|
| _____ | failure to hire me |
| _____ | failure to promote me |
| _____ | demotion |
| _____ | reduction in my wages |
| ✓ | working under terms and conditions of employment that differed from similarly situated employees |
| ✓ | harassment |
| ✓ | retaliation |
| ✓ | termination of my employment |
| _____ | failure to accommodate my disability |
| _____ | other (please specify) _____ |

13. I believe that I was discriminated against because of (check only those that apply):

| | |
|---|---|
| ✓ | my race or color, which is _Black_ |
| _____ | my religion, which is _____ |
| _____ | my sex (gender), which is _____ male _____ female |
| _____ | my national origin, which is _____ |
| ✓ | my age (my date of birth is _8/24/1962_ ) |
| _____ | my disability or perceived disability, which is: |

| | |
|---|---|
| ✓ | my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation |
| _____ | other (please specify) _____ |

Page 6 of 9

14.  Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff _____ still works for defendant(s)
    __√__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes _____ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? __√__ Yes _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__√__ Defendant(s) be directed to _Pay Punitive and Compensatory damages_

__√__ Money damages (list amounts) _1 Million_

_____

__√__ Costs and fees involved in litigating this case

__√__ Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _5_ day of _August_, 20_21_

_Carolyn Wright_
(Signature of plaintiff *pro se*)

_Carolyn Wright_
(Printed name of plaintiff *pro se*)

_PO BOX 1941_
(street address)

_Lithonia GA 30058_
(City, State, and zip code)

_WRightc2012@yahoo.com_
(email address)

_770 714 7743_
(telephone number)

Page 9 of 9



TO WHOM IT MAY CONCERN:

I was wrongfully laid off due to my race and age. Also was subjected to a very hostile work environment and discrimination. Numerous complaints were made to Human Resource and twice to the CEO (have proof). The company claims I was laid off due to unsatisfactory job performance, my availability, and company-wide downsize. My last and most current job review states "meets expectation" (have proof). No one bothers to call me once the store reopened from covid to check my availability. Each associated had an availabity schedule prior to covid. The three things they claim for my layoff do not hold merit.

Race: The black associates worked hard and were laid off and the whites play the system and get retirement. They spent more time on leave than on the job. They were not asked by the black managers to do nonproductive assignments. They just stayed at the registers and service the customers. The respondent claims my customer service skills were not very good. I was the top credit producer in the store for years. You cannot achieve a goal like that without very good customer service skills. My skills were better than many of the associates they kept. Especially, the white lady that receives daily complaints. She was one of the first they call back from furlough, and it was not because of her job performance.

Age: The Sales Associates that were laid off at this location, six of them or more were over 40 years of age and had been with the company for over ten years. During the exact same time as the downsize, they were hiring younger associates. And less than 3 months after the layoffs, they were still hiring younger associates. It is not a downsize, if you are still hiring!

Hostile Work Environment: I was assaulted three different times in 2018 while performing my job duties. I followed company policies and reported it to management. They did not seem to care, even after I told them, I was injured. If they would have taken the first assault seriously, the other two would not have happened. I even provided them the time, date, and register number. Still, they did nothing.

Assault 1: On March 17, 2018, around 5:30 pm, a much younger associate struck me in the back on my shoulder bone very forcefully with a bracket she had on her arm. I reported it immediately to the two managers on duty Susan Chennault and LaStacye Goldman. Susan stated, I will have to wait until my manager returns. Days later, I reported it to my manager Brain and also advised of the injury and still, no one took me seriously.
Assault 2: On March 30, 2018, around 1:00 pm, I was assaulted by the same person again while doing my job. The associate pretended to drop an ink pen and bent over to pick it up and stretch out her leg until it made contact with my pants leg and started cleaning her dirty shoe on my pants leg. I had to push her foot off of me. Once I finish serving the customer, I reported to my manager Brian. He stated he will report it to Beth. On March 31, 2018, I spoke with Beth advised her of what had happened with the two assaults as well as the injury. All she would say was she will talk to the associate. After she spoke to the associate, the young lady approached me twice wanting to talk. Each time I would decline and walk away.

Assault 3: On November 22, 2018, an older associate slaps me on the already injured arm and goes to tell the whole store and management, I assaulted her. Beth made a big deal of this assault. She said, "I am going to have to pull the footage and also get the corporate office involved." She handled this assault totally differently from my last two because of her personal feeling regarding me. When she did not get the outcome she was expecting the footage was deleted.    Months later she was forced by Human Resource to tell me the outcome of the investigation. All she would say is that I did nothing wrong. I requested during the 3 to 4 corporate investigation for them to view the footage. I was told either it was not available or was deleted (proof). I spoke to Carolyn in HR back on December 11, 2018, and was told by her she had a copy of the footage and will review it and let me know the outcome in a week. I never did hear back from her. If I had something to hide, why would I go thru such links to view the footage? I even contacted the CEO to get the footage (proof).

The Respondent has shown extreme bias towards me during my employment as well as afterward. Also, I am still dealing with physical pain and mental emotion from the assaults. I am asking for punitive and compensatory damage, back pay for wage and age discrimination, and any others that I might have mistakenly omitted.

Case# 410-2020-07778
Caronyn Wright

The Respondent cannot say they are an Equal Employment Opportunity Company.  Since, they treated the white associate so much better.  Prior to Covid, you had two white associates out on long-term disability.  One of the associates for about ten years only worked 2 to 3 months per year spent the rest on leave.  She could not do the job.  The other had a boatload of complaints against her for years, not only from the customers but co-workers as well.  Some of the complaints were borderline races.  Once they build up their seniority they retire.  This does not include the other two that were allowed to retire during the downsizing.   And let's not forget the current white associate that is still employed with the company.  She retired years ago and came back. This is the one who receives daily complaints.  The reason for my layoff is what the white associates have done for years.  So everyone that did not get laid off should be flawless.

The Respondent provided a very hostile work environment.  I was forced to work with associates after they assaulted, threaten, and slander me.  My right shoulder blade bone was injured.  I was forced to continue working as usual while in pain.  I am now experiencing severe pain in my right arm.  No one has been held accountable for the 3 assaults.  I did my job and reported the assaults.  They are still attempting to bypass the claims.  Three investigators claimed to have investigated but did not look at the footage.  Only the white store manager Beth and her friend in HR viewed the footage before quickly deleting it.

Page 3

Carolyn Wright
410-2020-07778



**yahoo!**mail    Search your mailbox    Carolyn Wright    Account Info ⌄    Go    Sign Out    Home

| macys | Contacts | Notepad | Calendar |

Delete    Spam    Actions ⌄    Apply

Compose

Inbox                    1
Drafts                   1
Sent
Archive
Spam
Trash

Folders    Edit  Hide
+ New folder
378barr
ADT
coll
Deleted Items
drs
eeoc                     4
fax
fed job                  1
forward
glasusa
GSU
healthins                1
insur
insur 378
jobs                    14
jul20pict
koosjobss                2
law2
lawyer
littlejam
**macys**
mid grove
mom
pers1
personal
personal 2
pic378
pics
picture
post off
prud
ptax
resum
roundup

**Macy's Correspondence**                    wrightc2012@yah.../macys

Mar 17, 2016 at 7:52 AM
Print   Raw message

Karen Bahl <karen.bahl@macys.com>
To:
wrightc2012@yahoo.com <wrightc2012@yahoo.
com>

Hello Carolyn,  Mr. Lundgren has received your email and has
forwarded to Associate Relations.  I would like to discuss and
address your concerns regarding discrimination at Macy's.  Can
you please provide a contact number and I would be happy to
call you.  You are welcome to call me directly at 513-579-7472.

Sincerely,

Karen Bahl,
Associate Relations
Macy's, Inc.

Karen Bahl | Senior Manager - Associate Relations | ✴ macy's inc
7 West 7th Street | Cincinnati, OH 45202
☎: 513.579.7472 / 8.114.579.7472 | 7: 513.579.7719|✉: karen.bahl@macys.com

Delete    Spam    Actions ⌄    Apply



Brought to you by
PROFIT
CONFIDENTIAL

Top $1 Pot Stock
to Buy Today
It's already up 47% and
it could go a lot higher

**Lennar Homes**
With Dozens Of Communities,
We're Confident That We've Got
The Home You're Looking For!

*email
to
CEO*

 **yahoo/mail**

Search your mailbox                          Carolyn Wright    [Account Info ▼]  [Go]    Sign Out   Home

macys        Contacts        Notepad        Calendar

                    Delete    Spam   [Actions ▼]   [Apply]

| | |
|---|---|
| Compose | |
| **Inbox** | 1 |
| Drafts | 1 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

Folders    Edit  Hide

+ New folder
378barr
ADT
coll
Deleted Items
drs
eeoc                4
fax
fed job             1
forward
glasusa
GSU
healthins           1
insur
insur 378
jobs               14
jul20pict
koosjobss           2
law2
lawyer
littlejam
**macys**
mid grove
mom
pers1
personal
personal 2
pic378
pics
picture
post off
prud
ptax
resum
roundup

---

### RE: Macy's Correspondence                wrightc2012@yah.../macys

                                        Mar 18, 2016 at 5:16 pm
                                        Print   Raw message

**Karen Bahl** <karen.bahl@macys.com>
To: Carolyn Wright <wrightc2012@yahoo.com>

Hello Carolyn, thanks for taking the time to talk to me today. I have reached
out to Pete Whitlow (District Director of Human Resources) and have request-
that he follow up with you. He plans to connect w/you early next week, most
likely on Tuesday.

Again, thanks for your time and have a good weekend.

**From:** Carolyn Wright [mailto:wrightc2012@yahoo.com]
**Sent:** Friday, March 18, 2016 9:22 AM
**To:** Karen Bahl
**Subject:** Re: Macy's Correspondence

*EXT MSG:
Hello Ms. Bahl,

Thank you for responding to my email on behalf of Mr. Lundgren. I tried to
follow the correct procedures. I first submit my complaint to solution at work.
They passed it along to the store HR. I was not taken serious. So Solution at
Work gave me the Regional HR email and he just did not respond to me.
However, he told management that I had email him. The reason why I say th
is because they started picking on me for little things.

I am not the only one whom is having problems with the way management is
doing business on behalf of Macys. It starts at the top. I am going to forwar
my emails to you so that you will have a better understanding. You may also
contact me at 770-714-7743 if needed. Thank again for you time and have a
great day.

Sincerely,

C. Wright

**From:** Karen Bahl <karen.bahl@macys.com>
**To:** "wrightc2012@yahoo.com" <wrightc2012@yahoo.com>
**Sent:** Thursday, March 17, 2016 6:52 AM
**Subject:** Macy's Correspondence

Hello Carolyn, Mr. Lundgren has received your email and has
forwarded to Associate Relations. I would like to discuss and addres
your concerns regarding discrimination at Macy's. Can you please
provide a contact number and I would be happy to call you. You are
welcome to call me directly at 513-579-7472.

Sincerely,

Karen Bahl,
Associate Relations
Macy's, Inc.

---

**Karen Bahl | Senior Manager - Associate Relations | ✱macy's inc**
7 West 7th Street | Cincinnati, OH 45202
☎: 513.579.7472 / 8.114.579.7472 | 7: 513.579.7719 ✉: karen.bahl@macys.com

---

* This is an EXTERNAL EMAIL. Stop and think before clicking a link or opening

▷ ✕

**Maid Service Software**

Automate Your Maid Service Business.
Get 15% Off Your Monthly
Subscription for 6 months.

▷ ✕

**BBB A+ Rated**

BridgeWell Capital specializes in
providing Private Money to Real
Estate Investors - Fast!

1st
Complaint
to
CEO
Rg, Beth
DISCRImin
ation

**yahoo!mail**    Search your mailbox                    Carolyn Wright    [Account Info ▾]  [Go]    Sign Out   Home

| macys | Contacts | Notepad | Calendar |

Compose

Delete   Spam   [Actions ▾]   [Apply]

| Inbox | 1 |
| Drafts | 1 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

**Re: Subject: call back**                    wrightc2012@yah.../macys

Aug 26, 2020 at 9:25 AM

Print   Raw message

Folders    Edit   Hide

+ New folder

| 378barr | |
| ADT | |
| coll | |
| Deleted Items | |
| drs | |
| eeoc | 4 |
| fax | |
| fed job | 1 |
| forward | |
| glasusa | |
| GSU | |
| healthins | 1 |
| insur | |
| insur 378 | |
| jobs | 14 |
| jul20pict | |
| koosjobss | 2 |
| law2 | |
| lawyer | |
| littlejam | |
| **macys** | |
| mid grove | |
| mom | |
| pers1 | |
| personal | |
| personal 2 | |
| pic378 | |
| pics | |
| picture | |
| post off | |
| prud | |
| ptax | |
| resum | |
| roundup | |

**Carolyn Wright** <wrightc2012@yahoo.com>
To: Joy Sirvent <joy.sirvent@macys.com>

Hello Joy,

Thanks for all your time and patient in this matter. I already know the outcome of the Investigation, it is the same as always, more deflecting. My best option probably will be outside assistant.

On Tuesday, August 25, 2020, 12:26:54 PM EDT, Joy Sirvent <joy.sirvent@macys.com> wrote:

Hello Carolyn,
Thank you for the follow up to my voicemail. As I said I would when we spoke, I investigated the concerns you shared as well as possible given that you chose not to share names with me. If you would like to connect for me to review my findings with you, please let me know when is most convenient for me to call you. If you are not satisfied with the outcome of my investigation, you can contact the Office of Solutions InSTORE to discuss moving your claim to the next step of the program.
Regards,
Joy

**Joy Sirvent**
**Colleague Advisory, Performance and Conduct Advisor | Macy's, Inc.**
13640 Pines Blvd | Pembroke Pines, FL 33027
Office: 954-438-2522 | Email: joy.sirvent@macys.com

**From:** Carolyn Wright [mailto:wrightc2012@yahoo.com]
**Sent:** Sunday, August 23, 2020 10:33 AM
**To:** Joy Sirvent
**Subject:** Subject: call back
**Importance:** High

⚠ EXT MSG:
*Hello Joy,*

*I wanted to let you know that I did receive your message. However, I was under the impression from the last conversation that it was over, since I did not drop any names. I appreciate you reaching out to me again. I am sick of the deflecting. So I am going to seek a third party to get the answers. Again thanks for your time and the best way to reach me is by email.*

*Have a great day!*

*Sincerely,*

*C. Wright*

* This is an EXTERNAL EMAIL. Stop and think before clicking a link or opening attachments.

Delete   Spam   [Actions ▾]   [Apply]

*[handwritten notes: "Req Vac pay different IRM former coworker"]*

yahoo/mail     Search your mailbox          Carolyn Wright   [Account Info ▾]   [Go]   Sign Out   Home

| | macys | Contacts | Notepad | Calendar |

Compose                                    Delete     Spam   [Actions ▾]   [Apply]

Inbox                1

Drafts               1

Sent

Archive

Spam

Trash

Folders          Edit  Hide

+ New folder

378barr

ADT

coll

Deleted Items

drs

eeoc                4

fax

fed job             1

forward

glasusa

GSU

healthins           1

insur

insur 378

jobs                14

jul20pict

koosjobss           2

law2

lawyer

littlejam

**macys**

mid grove

mom

pers1

personal

personal 2

pic378

pics

picture

post off

prud

ptax

resum

roundup

### Re: Subject: Stonecrest Mall-2          wrightc2012@yah.../macys

Feb 22, 2016 at 11:02 AM

Print   Raw message

Carolyn Wright <wrightc2012@yahoo.com>
To:
Solutions Instore <solutions.instore@macys.com>
>

Hello Cathy,
Thank you for replying to my email.  However, I meet with my
HRM on 2-16-16.  I must say it was very disappointing.  She was
more concerned about my work performance than what I had
stated in the email below.  I guess discrimination is a part the
company brand!

Thanks again and have a great day.

Carolyn Wright

_____

**From:** Solutions Instore <solutions.instore@macys.com>
**To:** Carolyn Wright <wrightc2012@yahoo.com>
**Sent:** Monday, February 8, 2016 3:27 PM
**Subject:** RE: Subject: Stonecrest Mall-2

HI Carolyn!
Thank you for contacting Solutions InSTORE's email. I have received
your email and have forwarded onto the HRM of your store to address.
There was no phone number provided in your email so I was unable to
contact you via phone. If you have any questions please give me a call
at 866-285-6689. Our hours are from 8am to 5pm Monday thru Friday,
EST.
Thank you again,
Cathie

_____

**From:** Carolyn Wright [mailto:wrightc2012@yahoo.com]
**Sent:** Monday, February 08, 2016 11:18 AM
**To:** Solutions Instore
**Subject:** Subject: Stonecrest Mall-2

*EXT MSG:
I would like to have this complaint acknowledge, please?  On
2-6-16, I was taken off guard by the store manager
comments/attitude.  I going to make it short and to the point.

1. I was told while in the ladies room, I am to solicit for
Macys.
2. Threaten to be written up on the sales floor for this and that.
3. Accussed of not been a team player.
4. Debating on the sales floor.

I guess we are suppose to clock out for bathroom breaks.  Is this
2016 or 1966?  Thanks for your time.

Sincerely,

Carolyn Wright
* This is an EXTERNAL EMAIL. Stop and think before clicking a
link or opening attachments.


Brought to you by
PROFIT
CONFIDENTIAL
Top $1 Pot Stock
to Buy Today
It's already up 47% and
it could go a lot higher
GET ALL THE DETAILS HERE

Brought to you by
PROFIT
CONFIDENTIAL
Top $1 Pot Stock
to Buy Today
It's already up 47% and
it could go a lot higher
GET ALL THE DETAILS HERE

1st Report
to HR Rg.
Discrimination

wcarolyn2019@gmail.com | Google Account | Settings | Help | Sign out

# M Gmail

| | Search Mail | Search the Web | Show search options |
| --- | --- | --- | --- |
| | | | Create a filter |

**Compose Mail**

**Inbox (392)**

Starred ☆

**Sent Mail**

**Drafts (3)**

All Mail

Spam

Trash

**Contacts**

Labels
  Edit labels

**« Back to Sent Mail**    [More Actions... ▼]  [Go]        ‹ **Newer** 15 of 17 **Older** ›

🔲 Expand all    🖨 Print    🔲 New window

## Subject: asap reply  Inbox

**CAROLYN WRIGHT** <wcarolyn2019@gmail.com>                Fri, Nov 22, 2019 at
                                                              12:30 PM
To: jeff.gennette@macys.com

Reply | Reply to all | Forward | Print | Delete | Show original

CAROLYN WRIGHT                          Nov 21, 2019, 10:08 PM (14
<wcarolyn2019@gmail.com>                hours ago)

to admin

I am an employee at the Stonecrest location. I have been working on this problem the
last year. I went thru solution at work, which was a waste of time. I have been getting
the run around for the last year. I am not going to take up too much of your time. The
store manager as well as instore solution have been stalling this case. I reported
slander, false assault, and a cover up by the store manager. Everything was on tape,
which they claim was erased. I asked Renee Hanes from solution at work to pull the
tape back in *September. She just got back to me a month and a half later to say its
been over a year. The incident happen last Thanksgiving. The footage is no longer
available. If she had pull the footage when I requested it, we would not have this
problem.. I do not think she requested the footage. She just made false promises. It all
is a coverup from the top to cover for an associate whom made the false assault and
slander charges also threats against me. The store manager has a problem with me for
report her to the CEO a few years ago. This store manager is very bias. When I spoke
to her back in September she was very dismissed of everything.*

*You can check with instore solution regarding all the complaints I submitted this year
regarding this one associate Ruth Hillary that everyone is covering for in this matter.*

*Thanks,*

*Carolyn Wright*

Reply | Reply to all | Forward | Print | Delete | Show original

**CAROLYN WRIGHT** <wcarolyn2019@gmail.com>              Mon, Nov 25, 2019 at
                                                              11:56 AM
To: wrightc2012@yahoo.com

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **CAROLYN WRIGHT** <wcarolyn2019@gmail.com>
Date: Fri, Nov 22, 2019 at 12:30 PM

CEO
Rg for
footage

# verizon✓

*handwritten:* 11-22 + 11-25 2019
Current calls from
Susan / from CEO
O77, CC Jezz Barnet

## Detail for Carolyn Wright: 770–714–7743

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Lithonia GA | Incoming CL | | — | — | — |
| | | | | PlanAllow/CallW | Lithonia GA | Voice Mail CL | | — | — | — |
| 11/21 | | | | Off-Peak NSW | Lithonia GA | Incoming CL | | — | — | — |
| | | | Peak | | Lithonia GA | Incoming CL | | — | — | — |
| 11/22 | 10:17A | 513–579–7000 | Peak | PlanAllow | Lithonia GA | Cincinnati OH | 4 | — | — | — |
| | | | Peak | PlanAllow | Lithonia GA | Toll-free IN | | — | — | — |
| | | | Peak | PlanAllow/CallW | Lithonia GA | Voice Mail CL | | — | — | — |
| | 3:22 | | Peak | PlanAllow/CallM | Lithonia GA | Voice Mail CL | | — | — | — |
| 11/22 | 3:23P | 513–579–7751 | Peak | PlanAllow | Lithonia GA | Cincinnati OH | 2 | — | — | — |
| 11/22 | 3:26P | Unavailable | Peak | PlanAllow/M2M | Conyers GA | Incoming CL | | — | — | — |
| 11/23 | | 678–748–5321 | Off-Peak NSW | | Conyers GA | Atlanta NE GA | | — | — | — |
| | | 678–915–7300 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| | | 678–915–7300 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| | | 404–405–1192 | Peak NSW | | | | | — | — | — |
| | | 678–941–1172 | Off-Peak NSW | | Lithonia GA | Incoming CL | | — | — | — |
| 11/25 | 10:00A | Unavailable | Peak | PlanAllow,M2M | Lithonia GA | Incoming CL | 16 | — | — | — |
| | | | Peak | | Lithonia GA | Voice Mail | | — | — | — |
| | | | Peak | PlanAllow | Lithonia GA | Incoming Class | | — | — | — |
| 11/ | 12:5 | | | | | Atlanta NE GA | | — | — | — |
| 11/25 | | 678–748–592 | Peak | PlanAllow/CallW | Lithonia GA | Incoming CL | | — | — | — |
| | | | | | | Atlanta NE GA | | — | — | — |
| 11/26 | 9:57A | 678–649–3436 | Peak | | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/26 | | 000–000–0106 | PlanAllow | Lithonia GA | Voice Mail CL | | — | — | — |
| 11/26 | | 615–1448 | PlanAllow | | Lithonia GA | Orlando Mail | | — | — | — |
| 11/26 | | 615–1143 | Peak | PlanAllow | Lithonia GA | Incoming CL | | — | — | — |
| 11/26 | | 678–940–5180 | PlanAllow | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/27 | | 678–940–2900 | Peak | PlanAllow | Lithonia GA | Winder GA | | — | — | — |
| 11/2 | | 678–740–5321 | Peak | PlanAllow | Lithonia GA | Incoming CL | | — | — | — |
| 11/2 | | 678–940–5100 | Peak | PlanAllow | Lithonia GA | Incoming CL | | — | — | — |
| 11/2 | | 678–940–2300 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/28 | | 678–748–5321 | Off-Peak NSW | | Lithonia GA | Incoming CL | | — | — | — |
| 11/28 | | 678–649–3436 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| | | | Peak | PlanAllow | Conyers GA | Conyers GA | | — | — | — |
| 11/ | | 000–000–0106 | Peak | PlanAllow | Lithonia GA | Voice Mail CL | | — | — | — |
| 11/29 | | 678–940–2911 | Peak | PlanAllow | Lithonia GA | Conyers AL | | — | — | — |
| 11/29 | | 678–748–692 | PlanAllow | | Lithonia GA | Conyers AL | | — | — | — |
| 11/29 | | 678–748–692 | | | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/29 | | 678–748–532 | Peak | PlanAllow | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/30 | 4:20A | 678–748–5321 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/30 | | 678–940–5180 | Off-Peak NSW | | Lithonia GA | Incoming CL | | — | — | — |
| 11/30 | | 678–940–5180 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/30 | 1:50A | 678–915–7300 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| 11/30 | | 678–649–3436 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |
| | | 678–650–5038 | Off-Peak NSW | | Lithonia GA | Voice Mail CL | | — | — | — |
| 12/01 | | 678–595–2900 | Peak | NSW | Lithonia GA | Atlanta NE GA | | — | — | — |
| 12/ | 1:20 | 678–929–2900 | Off-Peak NSW | | Lithonia GA | Atlanta NE GA | | — | — | — |



yahoo/mail

Search your mailbox

Carolyn Wright    Account Info    Go    Sign Out    Home

eeoc    Contacts    Notepad    Calendar

Compose

Delete    Spam    Actions    Apply

Inbox    2

Drafts    1

**(No Subject)**    wrightc2012@yah.../eeoc

Sent

Archive    Jul 14 at 5:22 PM

Spam    Print    Raw message

Trash    **Carolyn Wright** <wrightc2012@yahoo.com>
To: Carolyn Wright <wrightc2012@yahoo.com>

Folders    Edit    Hide

+ New folder

378barr

ADT

coll

Deleted Items

drs

eeoc    4

fax

fed job    1

forward

glasusa

GSU

healthins    1

insur

insur 378

jobs    14

jul20pict

koosjobss    2

law2

lawyer

littlejam

macys

mid grove

mom

pers1

personal

personal 2

pic378

pics

picture

post off

prud

ptax

resum

roundup

Sent from Yahoo Mail on Android

Delete    Spam    Actions    Apply

Sage Goddess

Sage Goddess    Open

Sage Goddess

Sage Goddess    Open

Last
Review
B4 the
lay off

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 410-2020-07778 |
| | | and EEOC |

| State or local Agency, If any | | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Carolyn Wright** | **(770) 714-7743** | **1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 1941** | **Lithonia, GA 30058** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **MACY'S** | **500 or More** | **(212) 494-3000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Stonecrest Parkway** | **Lithonia, GA 30038** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | **01-01-2016** — **06-30-2020** |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. I was hired by the above-named employer in November 2007, and last held the Sales Associate position. In 2016, Elizabeth Fleck was brought on board as a new Store Manager. Since the beginning of working with Ms. Fleck, I was subjected to a hostile work environment. Over the years, I reported my concerns to corporate and reached out to the CEO. However, no action was taken on my behalf. In 2018, I was assaulted on multiple occasions by employees, subjected to different terms and conditions of employment, and a hostile work environment. On June 25, 2020, I was informed that effective June 30, 2020, I will be laid off. Within weeks of receiving the above notice, I again reached out to Human Resources over discrepancy in the amount of vacation days that was offered to me. At the time, I further notified Human Resources that I will not be accepting the severance package and complained of being laid off despite of my performance.

II. The reason given for my layoff is because the position was being eliminated.

III. I believe that I have been discriminated against based on my age (58), in violation of the Age Discrimination in Employment Act of 1967, as amended. I further believe that I have been discriminated against based on my race (African American) and subjected to retaliation for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 12/14/2020            *carolyn wright* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date            Charging Party Signature | **RECEIVED** **By Jane Suk at 1:35 pm, Dec 14, 2020** |

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Carolyn Wright**
**P.O. Box 1941**
**Lithonia, GA 30058**

From:  **Atlanta District Office**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

[ ]  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2020-07778 | **Deante Topps,** **Investigator** | (404) 562-6971 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

Daniel E. Nance
Digitally signed by Daniel E. Nance
Date: 2021.06.30 13:52:01 -04'00'

For

6/30/2021

*Danial E. Nance*
**Darrell E. Graham,**
**District Director**

*(Date Issued)*

Enclosures(s)

cc:  **MACY'S RETAIL HOLDINGS, INC.**
**Paula Dehan, Sr. Counsel, (for Respondent)**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you** *receive* **this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*